UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
LOPEZ, PATRICIA § Case No. 13-45349
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Jeffrey P. Allsteadt
    Clerk of the U.S. Bankruptcy Court
    219 S. Dearborn, 7th Floor
    Chicago, Illinois  60604

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

    10:30 a.m., on November 18, 2014
    in Courtroom 613, U.S. Courthouse
    219 S. Dearborn St., Chicago, IL

  If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: Jeffrey P. Allsteadt_____
                   Clerk of the US Bankruptcy Court

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
LOPEZ, PATRICIA § Case No. 13-45349
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 4,200.00 |
| and approved disbursements of | $ | 40.00 |
| leaving a balance on hand of[1] | $ | 4,160.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $ 1,050.00 | $ 0.00 | $ 1,050.00 |
| Trustee Expenses: Joseph A. Baldi | $ 9.28 | $ 0.00 | $ 9.28 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,059.28 |
| Remaining Balance | | $ | 3,100.72 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,277.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 72.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | US Department of Education | $ 3,576.72 | $ 0.00 | $ 2,592.89 |
| 000002 | American InfoSource LP | $ 700.51 | $ 0.00 | $ 507.83 |
| | Total to be paid to timely general unsecured creditors | | $ | 3,100.72 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Joseph A. Baldi
Joseph A. Baldi, Trustee

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-45349-TAB
Patricia Lopez                                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhuley              Page 1 of 1              Date Rcvd: Oct 27, 2014
                              Form ID: pdf006          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2014.
```
db           +Patricia Lopez,    7034 41st Street,    Stickney, IL 60402-4125
22031193     +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
               El Segundo, CA 90245-3504
21253638     +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington,DE 19850-5298
21253629     +COLLECTION PROF/Lasal,    Attn: Bankruptcy Dept.,    723 1St St,    La Salle,IL 61301-2535
21464179     +Chase Home FinanceLLC,    c/o Codilis & Assoc PC,    15W030 North Frontage Road Ste 100,
               Burr Ridge, IL 60527-6921
21253639    ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
             (address filed with court:  DirecTV,    Bankruptcy Dept.,    PO Box 78626,    Phoenix,AZ 85062)
21253634     +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta,GA 30374-0241
21253635     +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen,TX 75013-2002
21464180     +Fidelity Natl Title Insurance Company,    Bankruptcy Dept,    20 N Clark St,
               Chicago, IL 60602-4109
21253630     +Merchants Credit Guide,    Attn: Bankruptcy Dept.,    223 W Jackson Blvd Ste 4,
               Chicago,IL 60606-6914
21253640     +Metro Bank,    Attn: Bankruptcy Department,    9 E Ontario St.,    Chicago,IL 60611-2709
21253641     +Resurgence Legal Group,    Bankruptcy Dept.,    1161 Lake Cook Rd., Ste. E,
               Deerfield,IL 60015-5277
21253637     +Sears/CBNA,    Attn: Bankruptcy Dept.,    Po Box 6282,    Sioux Falls,SD 57117-6282
21253636     +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester,PA 19016-1000
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21253631     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 28 2014 01:15:54      Citibank    South Dakota    N.A.,
               C/O Midland Funding,    8875 Aero Dr Ste 200,    San Diego,CA 92123-2255
21253632     +E-mail/Text: electronicbkydocs@nelnet.net Oct 28 2014 01:16:03      DEPT OF EDUCATION/NELN,
               Attn: Bankruptcy Dept.,    121 S 13Th St,    Lincoln,NE 68508-1904
21726559      E-mail/Text: electronicbkydocs@nelnet.net Oct 28 2014 01:16:03      US Department of Education,
               C/O Nelnet,    3015 South Parker Road Suite 400,    Aurora CO 80014-2904
                                                                                              TOTAL: 3
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21253633*    +DEPT OF EDUCATION/NELN,    Attn: Bankruptcy Dept.,    121 S 13Th St,    Lincoln,NE 68508-1904
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2014 at the address(es) listed below:
```
              Joseph A Baldi, Tr    jabaldi@baldiberg.com, jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
              Joseph A Baldi, Tr    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
               jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ryan S Fojo    on behalf of Debtor Patricia  Lopez ndil@geracilaw.com
                                                                                              TOTAL: 4
```