UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
LOPEZ, PATRICIA § Case No. 13-45349
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Joseph A. Baldi_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | 1 Metro Bank Attn: Bankruptcy Department 9 E Ontario St. Chicago IL 60611 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| JOSEPH A. BALDI TR. EXP | | | | | |
| Associated Bank | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | [X] None | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |
| | 10 Resurgence Legal Group Bankruptcy Dept. 1161 Lake Cook Rd., Ste. E Deerfield IL 60015 | | | | | |
| | 11 Sears/CBNA Attn: Bankruptcy Dept. Po Box 6282 Sioux Falls SD 57117 | | | | | |
| | 12 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | 2 Citibank  South Dakota N.A. C/O Midland Funding 8875 Aero Dr Ste 200 San Diego CA 92123 | | | | | |
| | 3 COLLECTION PROF/Lasal Attn: Bankruptcy Dept. 723 1St St La Salle IL 61301 | | | | | |
| | 5 DEPT OF EDUCATION/NELN Attn: Bankruptcy Dept. 121 S 13Th St Lincoln NE 68508 : 900000104935199 6 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 7 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 8 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| | 9 Merchants Credit Guide Attn: Bankruptcy Dept. 223 W Jackson Blvd Ste 4 Chicago IL 60606 | | | | | |
| | Chase Home Finance LLC | | | | | |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000001 | US DEPARTMENT OF EDUCATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - PATRICIA LOPEZ
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 13-45349 | TAD | Judge: Timothy A. Barnes | Trustee Name: | Joseph A. Baldi |
| Case Name: | LOPEZ, PATRICIA | | | Date Filed (f) or Converted (c): | 11/22/13 (f) |
| | | | | 341(a) Meeting Date: | 01/09/14 |
| For Period Ending: | 01/26/15 | | | Claims Bar Date: | 06/17/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6646 W. Archer St., Chicago, IL 60638. Property is | 160,028.00 | 0.00 | | 0.00 | FA |
| 2. Checking, Savings, or Other Account  Checking account with TCF Bank | 0.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods & Furnishings  Household goods;:TV, VCR, Stereo, Couch, Utensils, vacuum, table, chairs, lamps, entertainment center, bedroom set | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. Books, Pictures & Other Art Objects  Books, CDs, DVDs, Tapes/Records, Family Pictures | 150.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel  Necessary wearing apparel | 75.00 | 0.00 | | 0.00 | FA |
| 6. Furs & Jewelry  Earrings, watch, costume jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 7. Tax Refunds  2013 State and Federal Tax Refund | 8,500.00 | 0.00 | | 0.00 | FA |
| 8. Vehicle  2009 Toyota Sienna - Debtor has 1/2 interest in vehicle | 9,000.00 | 4,200.00 | | 4,200.00 | FA |
| TOTALS (Excluding Unknown Values) | $179,353.00 | $4,200.00 | | $4,200.00 | Gross Value of Remaining Assets $0.00 |

LFORM1

Ver: 18.03b

FORM 1 - PATRICIA LOPEZ

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 13-45349 TAD | Judge: Timothy A. Barnes | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | LOPEZ, PATRICIA | | Date Filed (f) or Converted (c): | 11/22/13 (f) |
| | | | 341(a) Meeting Date: | 01/09/14 |
| | | | Claims Bar Date: | 06/17/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Based upon value from Carmax apprais received, Trustee recovered debtor's 50% interest in a vehicle, less claimed and allowed exemption; claims bar date expired 6/17/14; Trustee reviewed claims; preparing TFR

Initial Projected Date of Final Report (TFR): 08/31/14     Current Projected Date of Final Report (TFR): 08/31/14

/s/     Joseph A. Baldi
_____     Date: 01/26/15

JOSEPH A. BALDI

FORM 2 — LOPEZ, PATRICIA

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| | | |
|---|---|---|
| Case No: | 13-45349 -TAD | |
| Case Name: | LOPEZ, PATRICIA | |
| Taxpayer ID No: | *******8527 | |
| For Period Ending: | 01/26/15 | |

| | | |
|---|---|---|
| Trustee Name: | Joseph A. Baldi | |
| Bank Name: | Associated Bank | |
| Account Number / CD #: | *******6933 Checking Account (Non-Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/14/14 | 8 | TCF National Bank<br>c/o Patricia Lopez<br>800 Burr Ridge Parkway<br>Burr Ridge, IL 60527-6486 | SETTLEMENT: VEHICLE | 1129-000 | 4,200.00 | | 4,200.00 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,190.00 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,180.00 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,170.00 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,160.00 |
| 11/20/14 | 001001 | Joseph A. Baldi, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N Clark Street, Ste. 200<br>Chicago, Illinois 60602 | Trustee Compensation | 2100-000 | | 1,050.00 | 3,110.00 |
| 11/20/14 | 001002 | JOSEPH A. BALDI, Trustee<br>20 N Clark Street, Ste. 200<br>Chicago, Illinois 60602 | Trustee Expenses | 2200-000 | | 9.28 | 3,100.72 |
| 11/20/14 | 001003 | US Department of Education<br>C/O Nelnet<br>3015 South Parker Road Suite 400<br>Aurora CO 80014-2904 | Claim 000001, Payment 72.49351% | 7100-000 | | 2,592.89 | 507.83 |

Page Subtotals    4,200.00    3,692.17

Ver: 18.03b

FORM 2 PATRICIA LOPEZ

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 13-45349 -TAD | Trustee Name: | Joseph A. Baldi |
| Case Name: | LOPEZ, PATRICIA | Bank Name: | Associated Bank |
|  |  | Account Number / CD #: | *******6933 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8527 |  |  |
| For Period Ending: | 01/26/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/20/14 | 001004 | American InfoSource LP<br>as agent for DIRECTV, LLC<br>Mail Station N387<br>2230 E Imperial Hwy<br>El Segundo, CA 90245 | Claim 000002, Payment 72.49433% | 7100-000 |  | 507.83 | 0.00 |

```
                              COLUMN TOTALS                    4,200.00        4,200.00           0.00
                      Less:  Bank Transfers/CD's                   0.00            0.00
                              Subtotal                         4,200.00        4,200.00
                      Less:  Payments to Debtors                                   0.00
                              Net                              4,200.00        4,200.00
                                                                                   NET           ACCOUNT
              TOTAL - ALL ACCOUNTS                          NET DEPOSITS    DISBURSEMENTS        BALANCE
          Checking Account (Non-Interest Earn - *******6933     4,200.00        4,200.00           0.00
                                                              -----------    -----------       -----------
                                                               4,200.00        4,200.00           0.00
                                                              ===========    ===========       ===========
                                                           (Excludes Account  (Excludes Payments Total Funds
                                                               Transfers)       To Debtors)       On Hand
```

Page Subtotals        0.00        507.83

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*